CRISTINA L. TALLEY, CITY ATTORNEY
MOSES W. JOHNSON, IV, ASSISTANT CITY ATTORNEY
STATE BAR NO. 118769
200 South Anaheim Boulevard, Suite 356
Anaheim, California 92805
(714) 765-5169
(714) 765-5123 FAX
mjohnson@anaheim.net

JS-6

Attorneys for Defendants
Police Officer Brett Klevos,
Police Officer Mark Berger, and
Sgt. Freisen of the Anaheim Police Dept.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MIRAMONTES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>POLICE OFFICER BRETT KLEVOS,<br>POLICE OFFICER MARK BERGER,<br>and SGT. FREISEN of the<br>Anaheim Police Department,<br><br>　　　　　Defendants. | CASE NO. SACV08-0579 ABC(RNB)<br><br>JUDGMENT ON JURY VERDICT<br><br>TRIAL<br>DATE:　July 26, 2011<br>TIME:　8:30 a.m.<br>CTRM:　680 |

　　　This action came on regularly for trial on July 26, 2011, in Courtroom 680 of the United States District Court, the Hon. AUDREY B. COLLINS, Chief Judge presiding; the Plaintiffs appeared by attorney Paul A. Kroeger of Jeffer, Mangels, Butler & Mitchell, LLP and the Defendants appeared by attorney Moses W. Johnson, IV, Assistant City Attorney.

　　　A jury of 8 persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence

JUDGMENT

1

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 254-5169
FAX (714) 254-5123

1  and arguments of counsel, the jury was duly instructed by the
2  Court and the cause was submitted to the jury with directions to
3  return a special verdict. The jury deliberated and thereafter
4  returned into Court with its verdict as follows:

5    1. Did Plaintiff prove by a preponderance of evidence
6       that Defendant Klevos violated his civil rights by
7       using unreasonable (excessive) force in arresting him?

9    ___ Yes       _X_ No

11   2. Did Plaintiff prove by a preponderance of evidence
12      that Defendant Berger violated his civil rights by
13      using unreasonable (excessive) force in arresting him?

15    ___ Yes      _X_ No

17  It appearing by reason of said verdict that: Defendants are
18  entitled to judgment against Plaintiff,
19  NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that
20  said Plaintiff take nothing by his first amended complaint filed
21  herein on November 14, 2008, and that Defendants Police Officer
22  Brett Klevos, Police Officer Mark Berger, and Sgt. Freisen of
23  the Anaheim Police Dept have and recover from Plaintiff, their
24  costs to be awarded at a later date.

26  DATED: August 22, 2011      *Audrey B. Collins*
                                         HON. AUDREY B. COLLINS
27                                            Chief United States District Judge

JUDGMENT

2